IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ARTHUR JAMES GRIFFIN JR.,

                Petitioner,

vs.

MIKE MEYERS,

                Respondent.

**8:25CV316**

**MEMORANDUM AND ORDER**

On May 5, 2025, the Court directed Petitioner Arthur James Griffin Jr. to pay the $5.00 fee within 30 days or face dismissal of this matter. Filing No. 3. To date, Petitioner has not paid the $5.00 fee or taken any other action in this matter and his mail has since been returned as undeliverable. *See* Filing No. 4.

Accordingly, the Court will require Petitioner to show cause why this case should not be dismissed for his failure to pay the filing fee. Absent a sufficient response, this case will be dismissed without prejudice and without further notice.

Additionally, Petitioner has an obligation to keep the Court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this Court if Petitioner's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Petitioner will have 30 days to show cause why this case should not be dismissed for failure to pay the $5.00 fee. In the absence of cause shown, this case will be dismissed without prejudice and without further notice.

2. Petitioner also must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Petitioner.

3. The Clerk of Court is directed to set a pro se case management deadline in this case using the following text: **July 11, 2025** check for response to show cause order and updated address.

4 The Clerk of the Court is further directed to send a copy of this Memorandum and Order to Petitioner's address listed on the first page of the Petition. *See* Filing No. 1 at 1.

Dated this 11th day of June, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge